# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2613
LT Case No. 09-2025-CF-323-A

———————————————

KARINA BETH FORTUNE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Hani Demetrious, of the Law Office of Robert David Malove, P.A.,
Ft. Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

June 30, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____